58 So.2d 478

**AMERICAN SURETY CO. OF NEW YORK**
**v. Amzi Gentry HOOKER.**
**8 Div. 598.**

Supreme Court of Alabama.
April 24, 1952.

Marion F. Lusk, Guntersville, for petitioner.

Scruggs & Scruggs, Guntersville, opposed.

LIVINGSTON, Chief Justice.

Petition of American Surety Company of New York for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of American Surety Co. of New York v. Hooker, 58 So.2d 469.

Writ denied.

FOSTER, SIMPSON and STAKELY, JJ., concur.

58 So.2d 134

**F. I. EATMAN v. Charlie GOODSON et al.**
**2 Div. 300.**

Supreme Court of Alabama.
March 13, 1952.

Rehearing Denied April 24, 1952.

E. D. McDuffie and Joe G. Burns, Tuscaloosa, for petitioners.

David M. Hall, Eutaw, and Jones, Domninick & McEachin, Tuscaloosa, opposed.

BROWN, Justice.

Petition of Charlie Goodson, Lula Goodson and Floyd Goodson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Eatman v. Goodson, Ala.App., 58 So.2d 134.

Writ denied.

FOSTER, LAWSON, SIMPSON and STAKELY, JJ., concur.